**FILED**
OCT 23 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Clark Sullivan, James
Blair, Toan Nguyen

CIVIL ACTION NO.

C17- 6051 WHA

Date:

Plaintiff(s),

v.

Bay Area Rapid Transit,
a subdivision of the
State of California,
and DOES ONE THROUGH TEN

Defendant(s),

MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff(s) __captioned above__ hereby moves the Court for a Temporary Restraining Order restraining defendants, and their agents, servants, employees, attorneys and all persons in active concert and in participation with it, as follows:

Plaintiffs seek an Order from this Court issuing a Temporary Restraining Order enjoining Defendants from (1) removing Plaintiffs from the property commonly known as 3351 Adeline Street, Berkeley, CA; also known as "HERE/THERE" (2) from taking any action outlined in the "Notice of Trespass" and (3) from posting any future such notices until such time as a hearing and order ~~is~~ occurs on the Motion for Preliminary Injunction. (Exhibit B)

1

The basis for this Temporary Restraining Order is outlined in the Verified Complaint filed in this action on __10/23/17__. Plaintiff(s) ask for this Temporary Restraining Order pending hearing and determination of Plaintiff's Motion for a Preliminary Injunction, on the ground that immediate and irreparable injury, loss, and damage will result to plaintiff before notice can be given and the defendants or their attorneys heard in opposition, as more fully appears from the Verified Complaint, a copy of which is attached hereto, (Exhibit A) and Motion for Preliminary Injunction (Exhibit B)

Dated:
10-22-17

_Clark Smith_
In pro per,
Plaintiff

10-22-2017

_Toan Nguyen_

10/22/17

_Joe BL_