IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARK SULLIVAN, JAMES BLAIR, and TOAN NGUYEN,

    Plaintiffs,

  v.

BAY AREA RAPID TRANSIT,

    Defendant.

No. C 17-06051 WHA

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, SETTING HEARING ON TEMPORARY RESTRAINING ORDER, AND ORDERING SERVICE**

**IT IS HEREBY ORDERED** that plaintiffs' applications to proceed *in forma pauperis* are **GRANTED** and that the Clerk shall issue summons. **IT IS FURTHER ORDERED** that the U.S. Marshal for the Northern District of California **SHALL SERVE**, without prepayment of fees, a copy of the complaint, the motions for a temporary restraining order and preliminary injunction, and any amendments or attachments, plaintiff's affidavit, and this order upon the defendant by **TODAY, OCTOBER 23 AT 5:00 P.M.**

    A hearing on plaintiffs temporary restraining order is hereby set for **OCTOBER 24 AT 11:00 A.M.** in Courtroom 8 on the 19th Floor of the Phillip Burton Federal Courthouse at 450 Golden Gate Avenue, San Francisco. All parties shall please attend.

    **IT IS SO ORDERED.**

Dated: October 23, 2017.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE