**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK SULLIVAN, JAMES BLAIR, and TOAN NGUYEN,<br><br>  Plaintiffs,<br><br>  v.<br><br>BAY AREA RAPID TRANSIT,<br><br>  Defendant. | No. C 17-06051 WHA<br><br>**SCHEDULING ORDER** |

For the reasons stated on the record, defendant Bay Area Rapid Transit is temporarily enjoined from removing any persons or possessions from the westside encampment.

The parties shall submit further briefing and proof on the following schedule:

• Plaintiffs shall file an amended complaint and motion for provisional relief by **THURSDAY, OCTOBER 26, AT 5:00 P.M.**

• Defendant shall file any response by **MONDAY, OCTOBER 30, AT NOON**.

• A hearing on plaintiffs' motion is set for **TUESDAY, OCTOBER 31, AT 9:00 A.M.**

**IT IS SO ORDERED.**

Dated: October 24, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE