IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK SULLIVAN, JAMES BLAIR, and TOAN NGUYEN,<br><br>  Plaintiffs,<br><br>  v.<br><br>BAY AREA RAPID TRANSIT,<br><br>  Defendant. | No. C 17-06051 WHA<br><br>**SUPPLEMENTAL ORDER** |

In addition to the information requested at the hearing, plaintiffs shall please include the true name, occupation, and employment status of each individual currently residing at the westside encampment as well as how long he or she has continuously lived there.

Additionally, defendant's submission of community complaints regarding the encampments shall identify which encampment, *i.e.* east or west, the complaint relates to.

**IT IS SO ORDERED.**

Dated: October 24, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE