IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK SULLIVAN, JAMES BLAIR, TOAN NGUYEN, ARIKA MILES, and ADAM BREDENBERG, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BERKELEY, and SAN FRANCISCO BAY AREA RAPID TRANSIT, <br><br> Defendants. | No. C 17-06051 WHA <br><br> **ORDER REFERRING CASE FOR MEDIATION** |

This action is hereby **REFERRED** to **MAGISTRATE JUDGE DONNA RYU** for prompt mediation.

**IT IS SO ORDERED.**

Dated: October 31, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE