IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARK SULLIVAN, JAMES BLAIR, TOAN NGUYEN, ARIKA MILES, and ADAM BREDENBERG,

    Plaintiffs,

v.

CITY OF BERKELEY, and SAN FRANCISCO BAY AREA RAPID TRANSIT,

    Defendants.

No. C 17-06051 WHA

**NOTICE FOR SUBMISSION OF PLAN FOR SHELTER OF BERKELEY HOMELESS**

By **NOVEMBER 28, AT NOON**, defendant City of Berkeley **SHALL PLEASE SUBMIT AND FILE HEREIN** a practical plan for shelter for its homeless during the coming winter. Do not simply recite the programs the City purports to offer, for they are admittedly insufficient. Submit a plan that will shelter substantially all of Berkeley's homeless. The Court is not ordering the plan to be adopted but wants to be informed, and the parties and counsel to be informed, concerning the scope of possible relief.

By the same date, Attorney Siegel **SHALL PLEASE SUBMIT** his proposed plan. Be specific. Name soccer fields and open spaces he would convert to tent cities. Failure to be specific may be a sign that there is no practical solution.

Dated: November 1, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE