IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK SULLIVAN, ADAM BREDENBERG, and BENJAMIN ROYER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BERKELEY,<br><br>Defendant. | No. C 17-06051 WHA<br><br>**REQUEST FOR INFORMATION FOLLOWING VIEWING** |

The Court thanks both sides in this matter for facilitating the viewing last week so the undersigned judge could see the encampments and locations at issue. As follow-up, this order asks the parties to submit a joint statement describing the locations visited and the information conveyed during the viewing. The parties shall submit the joint statement by **APRIL 13 AT NOON**.

**IT IS SO ORDERED.**

Dated: April 3, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE