Farimah Brown, City Attorney, SBN 201227
Lynne S. Bourgault, Deputy City Attorney, SBN 180416
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6998
Facsimile: (510) 981-6960
Email: LBourgault@cityofberkeley.info

Attorneys for Defendant CITY OF BERKELEY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK SULLIVAN, ADAM BREDENBERG, and BENJAMIN ROYER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BERKELEY,<br><br>Defendant. | No. 3:17-cv-06051-WHA<br><br>**ANSWER TO SECOND AMENDED COMPLAINT** |

Defendant City of Berkeley ("the City"), answers the Second Amended Complaint of plaintiffs Clark Sullivan, Adam Bredenberg, and Benjamin Royer, as follows:

1. Answering Paragraph 1, defendant is without sufficient information and belief to admit or deny the allegations, and on that basis denies them.

2. Answering Paragraph 2, defendant is without sufficient information and belief to admit or deny the allegations, and on that basis denies them.

3. Answering Paragraph 3, defendant is without sufficient information and belief to admit or deny the allegations, and on that basis denies them.

4. Answering Paragraph 4, defendant is without sufficient information and belief to admit or deny the allegations, and on that basis denies them.

1  5. Answering Paragraph 5, defendant is without sufficient information and belief to
2  admit or deny the allegations, and on that basis denies them.
3  6. Answering Paragraph 6, defendant is without sufficient information and belief to
4  admit or deny the allegations, and on that basis denies them.
5  7. Answering Paragraph 7, defendant denies the allegations.
6  8. Answering Paragraph 8, defendant admits that the Berkeley City Council
7  declared a Homeless Shelter Crisis on January 19, 2016 and denies the remaining allegations and
8  improper conclusions of law.
9  9. Answering Paragraph 9, defendant denies the allegations.
10  10. Answering Paragraph 10, defendant denies the allegations.
11  11. Answering Paragraph 11, defendant is without sufficient information and belief to
12  admit or deny the allegations, and on that basis denies them.
13  12. Answering Paragraph 12, defendant admits that individuals live in encampments
14  in Berkeley and denies the remaining allegations.
15  13. Answering Paragraph 13, defendant is without sufficient information and belief to
16  admit or deny the allegations regarding First They Came for the Homeless, and on that basis
17  denies them, and denies that the City has increased efforts to criminalize the homeless.
18  14. Answering Paragraph 14, defendant denies the allegations.
19  15. Answering Paragraph 15, defendant denies the allegations.
20  16. Answering Paragraph 16, defendant denies the allegations.
21  17. Answering Paragraph 17, defendant denies the allegations.
22  18. Answering Paragraph 18, defendant denies the allegations.
23  19. Answering Paragraph 19, defendant admits that it does not have sufficient space
24  in homeless shelters to house all the homeless who come to Berkeley.
25  20. Answering Paragraph 20, defendant denies the allegations.
26  21. Answering Paragraph 21, defendant is without sufficient information and belief to
27  admit or deny the allegations, and on that basis denies them.
28  22. Answering Paragraph 22, defendant admits that jurisdiction is proper.

1     23.     Answering Paragraph 23, defendant has no basis to admit or deny the legal
2 conclusions set forth in Paragraph 23.
3     24.     Answering Paragraph24, defendant admits that venue is proper.
4     25.     Answering Paragraph 25, defendant is without sufficient information and belief to
5 admit or deny the allegations, and on that basis denies them.
6     26.     Answering Paragraph 26, defendant is without sufficient information and belief to
7 admit or deny the allegations, and on that basis denies them.
8     27.     Answering Paragraph 27, defendant is without sufficient information and belief to
9 admit or deny the allegations, and on that basis denies them.
10     28.     Answering Paragraph 28, defendant admits the allegations.
11     29.     Answering Paragraph 29, defendant is without sufficient information and belief to
12 admit or deny the allegations, and on that basis denies them.
13     30.     Answering Paragraph 30, defendant is without sufficient information and belief to
14 admit or deny the allegations, and on that basis denies them.
15     31.     Answering Paragraph 31, defendant is without sufficient information and belief to
16 admit or deny the allegations, and on that basis denies them.
17     32.     Answering Paragraph 32, defendant denies the allegations.
18     33.     Answering Paragraph 33, defendant is without sufficient information and belief to
19 admit or deny the allegations, and on that basis denies them.
20     34.     Answering Paragraph 34, defendant admits that individuals referring to
21 themselves as First They Came for the Homeless set up encampments in prominent places
22 throughout the City, but defendant is without sufficient information and belief to admit or deny
23 the remaining allegations, and on that basis denies them.
24     35.     Answering Paragraph 35, defendant is without sufficient information and belief to
25 admit or deny the allegations, and on that basis denies them.
26     36.     Answering Paragraph 36, defendant is without sufficient information and belief to
27 admit or deny the allegations, and on that basis denies them.
28

1        37.     Answering Paragraph 37, defendant admits it established a coordinated entry
2 system known as the HUB pursuant to federal funding requirements.
3        38.     Answering Paragraph 38, defendant is without sufficient information and belief to
4 admit or deny the allegations, and on that basis denies them.
5        39.     Answering Paragraph 39, defendant denies the allegations.
6        40.     Answering Paragraph 40, defendant denies the allegations.
7        41.     Answering Paragraph 41, defendant denies the allegations.
8        42.     Answering Paragraph 42, defendant is without sufficient information and belief to
9 admit or deny the allegations, and on that basis denies them.
10       43.     Answering Paragraph 43, defendant denies the allegations.
11       44.     Answering Paragraph 44, defendant denies the allegations.
12       45.     Answering Paragraph 45, defendant is without sufficient information and belief to
13 admit or deny the allegations, and on that basis denies them.
14       46.     Answering Paragraph 46, defendant denies the allegations.
15       47.     Answering Paragraph 47, defendant admits that it has required persons camping
16 on the public right of way or public property to move with less than 24-hours' notice when
17 circumstances warrant it.
18       48.     Answering Paragraph 48, defendant denies the allegations.
19       49.     Answering Paragraph 49, defendant denies that it performed any "evictions" or
20 "evicted" any encampments, and admits that individuals calling themselves FTCftH were
21 required, for a variety of reasons, to move from unsuitable locations where they had encamped.
22       50.     Answering Paragraph 50, defendant is without sufficient information and belief to
23 admit or deny the allegations, and on that basis denies them.
24       51.     Answering Paragraph 51, defendant is without sufficient information and belief to
25 admit or deny the allegations, and on that basis denies them.
26       52.     Answering Paragraph 52, defendant denies the allegations.

53. Answering Paragraph 53, defendant denies that it conducted any "eviction," admits that many Berkeley police officers have participated in homeless encampment enforcement, and denies the remaining allegations.

54. Answering Paragraph 54, defendant denies the allegations.

55. Answering Paragraph 55, defendant denies the allegations and the legal conclusions therein.

56. Answering Paragraph 56, defendant is without sufficient information and belief to admit or deny the allegations, and on that basis denies them.

57. Answering Paragraph 57, defendant denies the allegations.

58. Answering Paragraph 58, defendant denies the allegations.

59. Answering Paragraph 59, defendant denies the allegations.

60. Answering Paragraph 60, defendant is without sufficient information and belief to admit or deny the allegations, and on that basis denies them, and denies that it "confiscated" any of plaintiff Royer's possessions unless they were left unattended and taken to storage for safekeeping.

61. Answering Paragraph 61, defendant denies the allegations.

62. Answering Paragraph 62, defendant denies that it stores unattended property in garbage dumpsters, denies that it mixes stored items with garbage, and denies that it stores items without protecting storage containers from the rain, and defendant is without sufficient information and belief to admit or deny the remaining allegations, and on that basis denies them.

63. Answering Paragraph 63, defendant is without sufficient information and belief to admit or deny the allegations, and on that basis denies them.

64. Answering Paragraph 64, defendant denies that it discards or improperly stores tents, sleeping bags, winter coats, tarps, and defendant is without sufficient information and belief to admit or deny the remaining allegations, and on that basis denies them.

65. Answering Paragraph 65, defendant denies the allegations.

66. Answering Paragraph 66, defendant is without sufficient information and belief to admit or deny the allegations, and on that basis denies them.

1        67.      Answering Paragraph 67, defendant is without sufficient information and belief to admit or deny the allegations, and on that basis denies them.

       68.      Answering Paragraph 68, defendant is without sufficient information and belief to admit or deny the allegations, and on that basis denies them.

       69.      Answering Paragraph 69, defendant is without sufficient information and belief to admit or deny the allegations, and on that basis denies them.

       70.      Answering Paragraph 70, defendant is without sufficient information and belief to admit or deny the allegations, and on that basis denies them.

       71.      Answering Paragraph 71, defendant is without sufficient information and belief to admit or deny the allegations, and on that basis denies them.

       72.      Answering Paragraph 72, defendant is without sufficient information and belief to admit or deny the allegations, and on that basis denies them.

       73.      Answering Paragraph 73, defendant is without sufficient information and belief to admit or deny the allegations, and on that basis denies them.

       74.      Answering Paragraph 74, defendant denies the allegations.

       75.      Answering Paragraph 75, defendant admits that on February 8, 2018, after someone set a fire causing significant fire damage to a historic building, Old City Hall, and surrounding trees, a homeless encampment at the front of Old City Hall was required to move with less than 24-hours' notice, but defendant denies the remaining allegations.

       76.      Answering Paragraph 76, defendant is without sufficient information and belief to admit or deny the allegations, and on that basis denies them.

       77.      Answering Paragraph 77, defendant denies the allegations.

       78.      Answering Paragraph 78, defendant neither admits nor denies plaintiffs' class allegations.

       79.      Answering Paragraph 79, defendant neither admits nor denies plaintiffs' class allegations.

       80.      Answering Paragraph 80, defendant neither admits nor denies plaintiffs' class allegations.

1    81.    Answering Paragraph 81, defendant denies the allegations.

2    82.    Answering Paragraph 82, defendant is without sufficient information or belief
3 upon which to admit or deny the allegations, and on that basis denies them.

4    83.    Answering Paragraph 83, defendant denies the allegations.

5    84.    Answering Paragraph 84, defendant denies the allegations.

6    85.    Answering Paragraph 85, defendant denies the allegations.

7    86.    Answering Paragraph 86, defendant denies the allegations.

8    87.    Answering Paragraph 87, defendant incorporates its answers to paragraphs 1
9 through 86 above, as though fully set forth here.

10    88.    Answering Paragraph 88, defendant denies the allegations.

11    89.    Answering Paragraph 89, defendant incorporates its answers to paragraphs 1
12 through 88 above, as though fully set forth here.

13    90.    Answering Paragraph 90, defendant denies the allegations.

14    91.    Answering Paragraph 91, defendant denies the allegations.

15    92.    Answering Paragraph 92, defendant denies the allegations.

16    93.    Answering Paragraph 93, defendant incorporates its answers to paragraphs 1
17 through 92 above, as though fully set forth here.

18    94.    Answering Paragraph 94, defendant denies the allegations.

19    95.    Answering Paragraph 95, defendant incorporates its answers to paragraphs 1
20 through 94 above, as though fully set forth here.

21    96.    Answering Paragraph 96, defendant denies the allegations.

22    97.    Answering Paragraph 97, defendant incorporates its answers to paragraphs 1
23 through 96 above, as though fully set forth here.

24    98.    Answering Paragraph 98, defendant denies the allegations.

25    99.    Answering Paragraph 99, defendant denies the allegations.

26    Defendant neither admits nor denies plaintiffs' prayer for relief and demand for trial by
27 jury.

28    //

ANSWER TO SECOND AMENDED COMPLAINT
Case No. 3:17-cv-06051 WHA

**FIRST AFFIRMATIVE DEFENSE**

Defendant alleges that plaintiffs' Second Amended Complaint, and each cause of action therein, fails to state facts sufficient to constitute a cause of action.

**SECOND AFFIRMATIVE DEFENSE**

The Second Amended Complaint, and each of its causes of action, is barred because plaintiffs' injuries and damages, if any there were, were not caused by any improper act by defendant, but by other persons beyond the control of this answering defendant.

**THIRD AFFIRMATIVE DEFENSE**

The Second Amended Complaint, and each of its causes of action, is barred because at all times herein mentioned, defendant's actions were privileged under applicable statutes and case law.

**FOURTH AFFIRMATIVE DEFENSE**

The Second Amended Complaint, and each of its causes of action, is barred because defendant did not engage in the alleged discrimination, harassment or retaliation set forth in the Second Amended Complaint, but even assuming arguendo it did, defendant would have taken the same actions in any event for legitimate, non-discriminatory, non-retaliatory, non-pretextual reasons.

**FIFTH AFFIRMATIVE DEFENSE**

The Second Amended Complaint, and each of its causes of action, is barred because plaintiffs failed to exhaust their administrative remedies.

**SIXTH AFFIRMATIVE DEFENSE**

The Second Amended Complaint, and each of its causes of action, is barred by Government Code sections 815(b), 815.2, 820.2, 820.4, 820.8, 821.6, 844.6, and 855.6 and Penal Code sections 834a, 835, 835a, and 847(b).

**SEVENTH AFFIRMATIVE DEFENSE**

The Second Amended Complaint, and each of its causes of action, is barred because plaintiffs failed to mitigate their damages, if any there were.

//

**EIGHTH AFFIRMATIVE DEFENSE**

The Second Amended Complaint, and each of its causes of action, is barred because defendant took the actions alleged in the Second Amended Complaint to protect important governmental interests, and protection of such interests could not be achieved by less restrictive means.

WHEREFORE, Defendant prays that judgment be entered in its favor and against Plaintiffs, as follows:

1. Plaintiffs take nothing by their Second Amended Complaint;
2. The Court grant judgment in favor of defendant;
3. The Court award defendant its costs of suit;
4. The Court award defendant reasonable attorney's fees pursuant to 42 U.S.C. § 1988.
5. For such other and further relief as the Court may deem proper.

Dated:  April 12, 2018               Respectfully submitted:

                                     LYNNE S. BOURGAULT, Deputy City Attorney

                                     By:        /s/ Lynne S. Bourgault
                                            LYNNE S. BOURGAULT
                                            Attorneys for Defendant