# APPENDIX A - EXHIBITS

Pursuant to Paragraph 2(a)(v) of the Court's Guidelines for Trial and Final Pre-Trial Conference in Civil Jury Cases, counsel for the parties respectfully submit the following joint Exhibit List. The parties have exchanged objections as to some of the exhibits proposed, and submit the list jointly only as ordered by the Court. In doing so, the parties do not represent that they waive their timely objections. The parties will continue to meet and confer regarding the exhibits in advance of the pretrial conference. However, they anticipate requiring the Court's assistance in coming to a final exhibit list.

| Trial Exh. # | Disclosures # | Exhibit or Bates # | Description | Offered | Admitted | Limitations on Use |
|---|---|---|---|---|---|---|
| | 1 | 795-796 | Public Notice 10/6/16 | | | |
| | 1 | 797-798 | Second Public Notice 10/17/16 | | | |
| | 1 | 799-801 | Public Notice 10/31/16 | | | |
| | 1 | 802-804 | Public Notice 11/7/16 | | | |
| | 1 | 805-807 | Public Notice 11/7/16 | | | |
| | 1 | 808-809 | Public Notice 12/5/16 | | | |
| | 1 | 810-811 | Public Notice 12/19/16 | | | |
| | 1 | 812-814 | Public Notice 12/21/16 | | | |
| | 2 | 819-820 | Public Notice 3/7/16 | | | |
| | 2 | 821-822 | Public Notice 3/7/16 | | | |
| | 2 | 823-824 | Public Notice 6/22/16 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 3 | 825-826 | Public Notice 12/5/16 | | | |
| | 4 | 827-829 | Public Notice 1/31/17 | | | |
| | 5 | 836-837 | Public Notice 1/5/17 | | | |
| | 5 | 838-839 | Public Notice 1/6/17 | | | |
| | 6 | COB 840-COB 842 | Public Notice 1/26/17 | | | |
| | 8 | COB 1562 | Property form 12/2/16 | | | |
| | 8 | COB 1563 | Property form 12/2/16 | | | |
| | 9 | COB 1565 | Property form 12/2/16 | | | |
| | 10 | COB 1583 | Property form 12/21/16 | | | |
| | 10 | COB 1584 | Property form 12/21/16 | | | |
| | 11 | COB 1800 | Photographs of encampment/property | | | |
| | 12 | COB 1807-COB 1809 | Photographs of encampment/property | | | |
| | 13 | COB 1822-COB 1826 | Photographs of encampment/property | | | |
| | 14 | COB 1836-COB 1838 | Photographs of encampment/property | | | |
| | 15 | COB 1913-COB 1937 | Photographs of encampment/property | | | |
| | 16 | COB 1945-COB 1951 | Photographs of encampment/property | | | |
| | 17 | COB | Photographs of | | | |

*Sullivan v. City of Berkeley,* No. 3:17-cv-06051-WHA
Appendix A to Joint Proposed Pretrial Order - 2

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  | 1965-COB 1968 | encampment/property |  |  |  |
|  | 18 | COB 1975-COB 1983 | Photographs of encampment/property |  |  |  |
|  | 19 | COB 2044-COB 2049 | Photographs of encampment/property |  |  |  |
|  | 20 | COB 2063-COB 2082 | Photographs of encampment/property |  |  |  |
|  | 21 | COB 2143-COB 2171 | Photographs of encampment/property |  |  |  |
|  | 22 | COB 2239-COB 2246 | Photographs of encampment/property |  |  |  |
|  | 23 | COB2320-2322 | Draft Public Notice 10/21/16 |  |  |  |
|  | 26 | COB 2356-COB 2361 | Public Notices 10/21/16 |  |  |  |
|  | 28 | COB 2397-COB 2400 | Statement of City Manager |  |  |  |
|  | 31 | COB 3 | MVI_0335 |  |  |  |
|  | 31 | COB 3 | MVI_0336 |  |  |  |
|  | 31 | COB 3 | MVI_0337 |  |  |  |
|  | 31 | COB 3 | MVI_0339 |  |  |  |
|  | 31 | COB 3 | MVI_0340 |  |  |  |
|  | 31 | COB 3 | MVI_0341 |  |  |  |
|  | 31 | COB 3 | MVI_0342 |  |  |  |
|  | 34 | COB 6 | MVI_0337 |  |  |  |

*Sullivan v. City of Berkeley,* No. 3:17-cv-06051-WHA
Appendix A to Joint Proposed Pretrial Order - 3

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 35 | COB 11 | MVI_0373 | | | |
| 2 | 35 | COB 11 | MVI_0374 | | | |
| 3 | 36 | ECF No. 118, Exhibit C | Memorandum from Dee Williams-Ridley to City Council, January 25, 2017 | | | |
| 6 | 37 | COB0001243-1245 | Resolution No. 67, 357-N.S. | | | |
| 7 | 38 | COB0001246-1248 | Resolution No. 67, 764-N.S. | | | |
| 9 | 39 | ECF No. 119, Exhibit D | Resolution No. 68, 206-N.S. | | | |
| 11 | 40 | ECF No. 119, Exhibit E | Point in Time Count | | | |
| 13 | 32 | COB 4 | MVI_0451 Hong | | | |
| 14 | 33 | COB 5 | 00379 Grant | | | |
| 15 | 33 | COB 5 | 00380 Grant | | | |
| 16 | 33 | COB 5 | 00381 Grant | | | |
| 17 | 33 | COB 5 | 00382 Grant | | | |
| 18 | 33 | COB 5 | MVI_0376 Castle | | | |
| 19 | 33 | COB 5 | MVI_0377 Castle | | | |
| 20 | 33 | COB 5 | MVI_0450 Hong | | | |
| 21 | 115 | COB 128-129 | TIB 188: Rights of the Homeless | | | |
| 22 | 117 | COB 001 | Videos Case No. 16-59595 MVI_0324.MP4 | | | |
| 24 | 117 | COB 001 | Videos Case No. 16-59595 MVI_0325.MP4 | | | |
| 26 | 117 | COB 001 | Videos Case No. 16-59595 MVI_0326.MP4 | | | |

*Sullivan v. City of Berkeley,* No. 3:17-cv-06051-WHA
Appendix A to Joint Proposed Pretrial Order - 4

| | | | | | | |
|---|---|---|---|---|---|---|
| | 117 | COB 001 | Videos Case No. 16-59595 MVI_0327.MP4 | | | |
| | 117 | COB 001 | Videos Case No. 16-59595 MVI_0328.MP4 | | | |
| | 117 | COB 001 | Videos Case No. 16-59595 MVI_0329.MP4 | | | |
| | 117 | COB 001 | Videos Case No. 16-59595 MVI_0330.MP4 | | | |
| | 119 | COB 001 | Videos Case No. 16-61739 MVI_0402.MP4 | | | |
| | 119 | COB 001 | Videos Case No. 16-61739 MVI_0403.MP4 | | | |
| | 119 | COB 001 | Videos Case No. 16-61739 MVI_0404.MP4 | | | |
| | 119 | COB 001 | Videos Case No. 16-61739 MVI_0405.MP4 | | | |
| | 119 | COB 001 | Videos Case No. 16-61739 MVI_0406.MP4 | | | |
| | 119 | COB 001 | Videos Case No. 16-61739 MVI_0407.MP4 | | | |
| | 119 | COB 001 | Videos Case No. 16-61739 MVI_0408.MP4 | | | |
| | 119 | COB 001 | Videos Case No. 16-61739 MVI_0409.MP4 | | | |
| | 119 | COB 001 | Videos Case No. 16-61739 MVI_0410.MP4 | | | |
| | 119 | COB 001 | Videos Case No. 16-61739 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | MVI_0411.MP4 | | | |
| | 119 | COB 001 | Videos Case No. 16-61739 MVI_0412.MP4 | | | |
| | 119 | COB 001 | Videos Case No. 16-61739 MVI_0413.MP4 | | | |
| | 119 | COB 001 | Videos Case No. 16-61739 MVI_0414.MP4 | | | |
| | 119 | COB 001 | Videos Case No. 16-61739 MVI_0415.MP4 | | | |
| | 119 | COB 001 | Videos Case No. 16-61739 MVI_0416.MP4 | | | |
| | 119 | COB 001 | Videos Case No. 16-61739 MVI_0417.MP4 | | | |
| | 119 | COB 001 | Videos Case No. 16-61739 MVI_0418.MP4 | | | |
| | 121 | COB 006, 007, 08, 09, 04 | Videos Case No. 16-65268 MVI_0335.MP4 | | | |
| | 121 | COB 006, 007, 08, 09, 04 | Videos Case No. 16-65268 MVI_0336.MP4 | | | |
| | 121 | COB 006, 007, 08, 09, 04 | Videos Case No. 16-65268 MVI_0337.MP4 | | | |
| | 121 | COB 006, 007, 08, 09, 04 | Videos Case No. 16-65268 MVI_0338.MP4 | | | |
| | 121 | COB 006, 007, 08, 09, 04 | Videos Case No. 16-65268 MVI_0339.MP4 | | | |
| | 121 | COB 006, 007, 08, 09, 04 | Videos Case No. 16-65268 MVI_0340.MP4 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 121 | COB 006, 007, 08, 09, 04 | Videos Case No. 16-65268 MVI_0341.MP4 | | | |
| | 121 | COB 006, 007, 08, 09, 04 | Videos Case No. 16-65268 MVI_0342.MP4 | | | |
| | 30/121,124 | COB 2/ COB 006, 007, 08, 09, 04 | 2016-65907 MVI_0343 | | | |
| | 31, 32/121 | COB 3/ COB 006, 007, 08, 09, 04 | Videos Case No. 16-65268 MVI_0423.MP4 | | | |
| | 31, 32/121 | COB 3/ COB 006, 007, 08, 09, 04 | Videos Case No. 16-65268 MVI_0424.MP4 | | | |
| | 31, 32/121 | COB 3/ COB 006, 007, 08, 09, 04 | Videos Case No. 16-65268 MVI_0425.MP4 | | | |
| | 31, 32/121 | COB 3/ COB 006, 007, 08, 09, 04 | Videos Case No. 16-65268 MVI_0426.MP4 | | | |
| | 31, 32/121 | COB 3/ COB 006, 007, 08, 09, 04 | Videos Case No. 16-65268 MVI_0427.MP4 | | | |
| | 31, 32/121 | COB 3/ COB 006, 007, 08, 09, 04 | Videos Case No. 16-65268 MVI_0428.MP4 | | | |
| | 122 | SULLIVAN000012(11.04.2016).mp4 | Video | | | |
| | 122 | SULLIVAN000013(11.04.2016).mp4 | Video | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 30/124 | COB 002 | Videos Case No. 16-65907 MVI_0344.MP4 | | | |
| | 30/124 | COB 002 | Videos Case No. 16-65907 MVI_0345.MP4 | | | |
| | 30/124 | COB 002 | Videos Case No. 16-65907 MVI_0346.MP4 | | | |
| | 30/124 | COB 002 | Videos Case No. 16-65907 MVI_0347.MP4 | | | |
| | 30/124 | COB 002 | Videos Case No. 16-65907 MVI_0348.MP4 | | | |
| | 30/124 | COB 002 | Videos Case No. 16-65907 MVI_0367.MP4 | | | |
| | 30/124 | COB 002 | Videos Case No. 16-65907 MVI_0368.MP4 | | | |
| | 30/124 | COB 002 | Videos Case No. 16-65907 MVI_0369.MP4 | | | |
| | 30/124 | COB 002 | Videos Case No. 16-65907 MVI_0370.MP4 | | | |
| | 124 | COB 002 | Videos Case No. 16-65907 MVI_0430.MP4 | | | |
| | 124 | COB 002 | Videos Case No. 16-65907 MVI_0431.MP4 | | | |
| | 125 | SULLIVAN00001(11.07.2016).mp4 | Video | | | |
| | 125 | SULLIVAN00002(11.07.2016).mp4 | Video | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 125 | SULLIVAN00003(11.07.2016).mp4 | Video | | | |
| 2 | 127 | COB 0011 | Videos Case No. 16-67842 MVI_00373.MP4, | | | |
| 3 | 127 | COB 0011 | Videos Case No. 16-67842 MVI_00374.MP4 | | | |
| 4 | 29/136 | COB 1 | 2016-74810 MVI_0255 | | | |
| 5 | 29/136 | COB 1 | 2016-74810 MVI_0256 | | | |
| 6 | 29/136 | COB 1 | 2016-74810 MVI_0257 | | | |
| 7 | 29/136 | COB 1 | 2016-74810 MVI_0258 | | | |
| 8 | 29/136 | COB 1 | 2016-74810 MVI_0259 | | | |
| 9 | 139 | SULLIVAN000010(1.06.2017).mp4 | Video | | | |
| 10 | 139 | SULLIVAN000011(1.06.2017).mp4 | Video | | | |
| 11 | 186 | COB 3992 | Yavneh notes | | | |
| 12 | 102 | Yavneh Depo. Exh. 1 (COB 781-789) | 12/14/06 Storage of Unattended Property Policy | | | |
| 13 | 103 | TBD | Public Notices Around 11/17/16, 12/2/16, and 12/21/16 | | | |
| 14 | 113 | COB 793-794 | Administrative Rule: Objects in Parks | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 116 | COB 200-211 | Case Report # 2016-59595 (10/7/16) | | | |
| | 118 | COB 212-220 | Case Report # 2016-61739 (10/18/16) | | | |
| | 120 | COB 354-420 | Case Report # 2016-65268 (11/4/17) | | | |
| | 123 | COB 221-243 | Case Report # 2016-65907 (11/17/16) | | | |
| | 126 | COB 174-195 | Case Report # 2016-667842 (11/17/16) | | | |
| | 128 | SULLIVAN00004, SULLIVAN00005 | Videos | | | |
| | 129 | COB 244-253 | Case Report # 2016-68118 (11/18/16) | | | |
| | 130 | SULLIVAN00006 | Video | | | |
| | 131 | COB 254-258 | Case Report # 2016-70897 (12/2/16) | | | |
| | 132 | COB 259-284 | Case Report # 2016-70844 (12/2/16) | | | |
| | 133 | SULLIVAN00007, SULLIVAN00014 | Videos | | | |
| | 134 | COB 286-320 | Case Report # 2016-74810 (12/21/16) | | | |
| | 135 | SULLIVAN00008, SULLIVAN00009 | Videos | | | |
| | 137 | COB 321-322 | Case Report # 2016-75012 (12/22/16) | | | |

*Sullivan v. City of Berkeley,* No. 3:17-cv-06051-WHA
Appendix A to Joint Proposed Pretrial Order - 10

| | | | | | | |
|---|---|---|---|---|---|---|
| | 138 | COB 323-353 | 2017-0835 (01/06/17) | | | |
| | 140 | COB 2702-2704 | BART email and public notice 10/21/17 | | | |
| | 143 | COB 645-679 | 12/15/17 Memo re Homeless Encampments and Individuals Residing on Medians and in the Roadway | | | |
| | 144 | COB 772-780 | 12/2/16 Memo re Encampment at 2180 Milvia Street | | | |
| | 153 | COB 3994 | Property Inventory form 12/2/16 | | | |
| | 154 | COB 1782-1784 1866-1876 | Photos stored property | | | |
| | 155 | COB 1788 – 1797 COB 1813-1826 COB 1836-1838 | Photos Overflow Storage Container | | | |
| | 156 | COB 1832-1835 | Photos roof for Overflow Storage Container | | | |
| | 157 | COB 1877-78 | Photos of storage container | | | |
| | 159 | Portions of… COB 1799 – 1812 COB 1827-1831 | Photos encampment resolution | | | |
| | 160 | Portions of… COB 1839-1854 | Photos Here/There and other encampments | | | |

*Sullivan v. City of Berkeley,* No. 3:17-cv-06051-WHA
Appendix A to Joint Proposed Pretrial Order - 11

| | | | | | | |
|---|---|---|---|---|---|---|
| | 161 | Portions of... COB 1910-2043 | Photos encampment resolution FTCftH | | | |
| | 162 | Portions of... Cob 2048 - 2197 | Gregory Daniels photos | | | |
| | 163 | Portions of... COB 2365-2390 | Photos | | | |
| | 164 | COB 2391 | Aerial Photo Adeline & Fairview | | | |
| | 165 | COB 2406 | Aerial photo Shattuck and Adeline | | | |
| | 166 | COB 2407 | Aerial photo Shattuck and Vine | | | |
| | 180 | Mike Zint Depo. Exh. 1, COB 3325-3331 | Claim against City of Berkeley | | | |
| | 182 | Mike Zint Depo. Exh. 3 | Rules of Conduct and Self-governance procedures | | | |
| | 185 | COB3300-3305 | Operations Plan 2/8/18 | | | |
| | 185 | 3306-3309 | Operations Plan 11/4/16 | | | |
| | 185 | COB 3310-3314 | Operations Plan 11/17/16 | | | |
| | 186 | COB 795 -843 | Public Notices | | | |

Dated: May 6, 2019

SIEGEL, YEE, BRUNNER & MEHTA

By: /s/EmilyRose Johns
EmilyRose Johns

Attorney for Plaintiffs
CLARK SULLIVAN,
ADAM BREDENBERG,
and BENJAMIN ROYER

Dated: May 6, 2019

BERKELEY CITY ATTORNEYS OFFICE

By: /s/ Lynne S. Bourgault
Lynne S. Bourgault

Attorneys for Defendant
CITY OF BERKELEY