DAN SIEGEL, SBN 56400
ANNE BUTTERFIELD WEILLS, SBN 139845
EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiffs
CLARK SULLIVAN,
ADAM BREDENBERG,
and BENJAMIN ROYER

FARIMAH BROWN, City Attorney, SBN 201227
LYNNE S. BOURGAULT, Deputy City Attorney, SBN 180416
BERKELEY CITY ATTORNEY'S OFFICE
2180 Milvia Street, Fourth Floor
Berkeley, CA 94704
Telephone: (510) 981-6998
Facsimile: (510) 981-6960
lbourgault@cityofberkeley.info

Attorneys for Defendant
CITY OF BERKELEY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK SULLIVAN, ADAM BREDENBERG, and BENJAMIN ROYER, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF BERKELEY, <br><br> Defendant. | Case No. 3:17-cv-06051-WHA <br><br> **JOINT SET OF PROPOSED VOIR DIRE QUESTIONS** <br><br> Date:  May 13, 2019 <br> Time:  8 a.m. <br> Judge:  Hon. William H. Alsup <br> Ctrm.:  12 - 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102 <br><br> Trial Date: May 20, 2019 |

*Sullivan v. City of Berkeley,* No. 3:17-cv-06051-WHA
Joint Set of Proposed Voir Dire Questions- 1

Pursuant to Paragraph 2(e) of the Court's Guidelines for Trial and Final Pre-Trial Conference in Civil Jury Cases, counsel for the parties respectfully submit the following Joint Set of Proposed Voir Dire Questions.

**The parties jointly offer the following questions**:

<u>Experience With The Parties or With This Lawsuit</u>

1. Have you heard of any of the plaintiffs in this case?

2. If you have ever heard of First They Came for the Homeless, please describe your knowledge and experience of that group.

3. If you have ever heard of the dispute between the parties, please describe your knowledge and experience of that dispute.

<u>Experience with the Legal System</u>

4. Describe your experience with the legal system.

5. Have you ever been employed as a lawyer, paralegal, legal secretary or like position?

6. Do you or a family member personally know anyone who works in the court system, a law firm or any type of legal service company?

    If yes, who? What is the law firm or agency, your relationship with the person, and what the person does?

<u>Experience with Homelessness</u>

7. Tell us if you or someone close to you has ever been homeless.

8. Please share whether you regularly or occasionally give money to panhandlers.

9. Tell us if you have ever lived near a homeless encampment, and what your reaction to the encampment was.

10. Please share what you believe to be the most significant causes of homelessness in our area.

11. Tell us about the most serious incident you ever saw where a homeless person was treated badly or unfairly as a result of being homeless.

12. Please describe if you have ever volunteered at a soup kitchen or homeless shelter.

13. Describe why you believe the city or county in which you live does a good or bad job addressing homelessness.

14. Tell us who you believe should pay for the support of the poor or the homeless.

### Experience with Law Enforcement and Local Governments

15. Please describe if you, any member of your family, or anyone close to you has ever had a significant negative experience with a police officer.

16. Tell us about the worst encounter you or anyone close to you has ever had with a law enforcement officer.

17. Please describe any contact you have had with police officers through your work, in your neighborhood, or in your social life.

18. Please describe if you, any member of your family, or anyone close to you has ever been employed by a City or a County.

19. Have you, any relative or close friend, ever been employed by a law enforcement agency such as the police, sheriff, highway patrol, fire department, drug enforcement, police reserve, parole, probation, IRS, FBI, Homeland Security, Department of Corrections or National Guard, Department of Justice, or as an investigator of any type?

    If yes, who? What is the agency where you/they work? If not you, what is your relationship with the person, and what does the person do for the agency?

20. Have you ever served in the military?

    If yes, please describe the country, branch, rank and years.

### Experience with Protests

21. Please describe any experience you or someone close to you has had with public protests.

22. Please share any experience you or someone close to you has had with the "occupy" movement.

23. Please describe any experience you have advocating for your rights with your local, state, or national government?

### Damages

24. In your opinion, are damages awarded in lawsuits too high, about right, or too low?

25. In your opinion, are damages for emotional distress awarded too often, appropriately often, or too infrequently?

<u>Media Source</u>

26. What magazines, newspapers, television programs, radio stations, or on-line information services do you regularly read, watch or use?

<u>This Case</u>

27. If you found that the Plaintiffs did not prove their claims in this case, would you have any problem finding in favor of the City?

**<u>Plaintiffs offer the following additional questions</u>**:

<u>Experience with the Legal System</u>

1. Have you ever sued someone?
   Has a family member ever sued someone?
   Has someone close to you ever sued someone?

2. Have you ever been sued?
   Has a family member ever been sued?
   Has someone close to you ever been sued?

3. Have you ever been involved in a lawsuit?
   Has a family member ever been involved in a lawsuit?
   Has someone close to you ever been involved in a lawsuit?

4. Have you ever been a witness in a legal proceeding?
   Has a family member ever been a witness in a legal proceeding?
   Has someone close to you ever been a witness in a legal proceeding?

<u>Community Involvement</u>

5. Do you belong to or support any organizations, civic clubs, societies, professional associations, recreational groups, or clubs?

   If yes, which?

6. Have you held any leadership positions in any organizations, civic clubs, societies, professional associations, recreational groups, or clubs? If yes, please explain.

*Sullivan v. City of Berkeley,* No. 3:17-cv-06051-WHA
Joint Set of Proposed Voir Dire Questions- 4

7. Have you or has anyone close to you ever volunteered or worked in community or neighborhood organizing?

If yes, please explain.

### Political Involvement

8. How would you describe your political orientation?

9. How closely do you follow politics?

10. Are you or is anyone close to you actively involved in political issues or matters?

11. Have you or has anyone close to you ever volunteered or worked for a political campaign or initiative?

If yes, please explain.

### Media Source

12. What websites do you visit regularly, including blogs and networking sites?

13. What is the name of a movie that you have enjoyed recently?

14. Have you enjoyed reading a book recently? If so, what is its title?

### Experience with Homelessness

15. How has the current housing crisis personally impacted you or your family, if at all?

16. Have you ever been negatively impacted by homeless people?

17. What concerns do you have, if any, about the impact of homelessness on our society?

18. Do you feel like not enough is being done to solve the problem of homelessness in our society?

19. What do you think are the top two or three things that could be done to solve the problem?

### Experience with Protests

20. Do you think that political protest can make a difference? Why or why not?

21. Are you aware of any efforts to address homelessness in the Bay Area in recent years?

    If yes, please explain.

<u>Experience with Law Enforcement and Local Governments</u>

22. Do you think that false complaints of police misconduct are common? Why?

<u>This Case</u>

23. Is there anything that you have heard about this case that you feel would make it hard for you to be a juror in this case?

    If yes, please explain.

24. Do you think you would be a good juror in this case? Why?

25. Do you recognize any of the other prospective jurors that are here today?

    If yes, please explain.

**<u>Defendant offers the following additional questions</u>**:

<u>Experience with Law Enforcement and Local Governments</u>

1. Tell us about the most serious experience you or a family member or friend had with a public official who was abusing his or her authority.

<u>Experience with Homelessness</u>

1. Please describe your reaction when someone complains that a homeless person has too many possessions on public property.

2. Tell us about the worst homeless encampment you ever saw under or along a freeway or on other public property.

<u>This Case</u>

3. Please describe any feelings about a lawsuit against the City of Berkeley that would interfere with you being a fair and impartial juror?

4. Would you award any damages to a plaintiff in connection with a lawsuit against the City of Berkeley based on sympathy?

**If not covered by juror questionnaire, the parties stipulate to the following additional voir dire questions**:

1. State you full name.

2. What is your age?

3. In what City or Community do you reside?

4. If you have lived there for fewer than five years, where did you live before?

5. Do you own or rent?

6. What is your place of birth?

7. What is your marital status?

8. What is your occupation and how long have you worked in it?

9. If you are retired or unemployed, please say your main occupation when you were working.

10. Who is (or was) your current or most recent employer?

11. What jobs have you held in the past 10 years, including the names and locations of your employers?

12. If you are (or were) married/partnered, what is your spouse's or partner's occupation and employer (if retired or unemployed, please describe their main occupation when they were working)?

13. If you have any children, what are their age(s), gender(s), employer(s) (including city and state), job title(s)?

14. Have you or anyone close to you ever been self-employed or owned a business?

    If yes, who and what is the nature of your/their business:

15. What is your educational background?

16. Do you speak any languages other than English in your home?

    If yes, what languages?

17. Have you ever served on a jury?
    If yes, when?
    Was it a civil or criminal trial?

*Sullivan v. City of Berkeley,* No. 3:17-cv-06051-WHA
Joint Set of Proposed Voir Dire Questions- 7

What type of case was it?
Were you the foreperson?

18. Do you have any physical (for example, sight, hearing, or back) problems that may affect your ability to understand the evidence or would make it difficult for you to sit for long periods?

If yes, please describe.

19. Do you have difficulty understanding the English language so that you would not be able to understand what witnesses are saying, the judge's instructions, or what the lawyers are saying?

If yes, please describe.

20. Are you acquainted with any of the witnesses identified in this case, either personally or professionally?

If yes, please describe how you know them.

21. Have you or anyone close to you ever done business with or are you acquainted with any of these law firms or lawyers in this matter?

If yes, please describe.

Dated: May 6, 2019

SIEGEL, YEE, BRUNNER & MEHTA

By: __/s/EmilyRose Johns__
　　EmilyRose Johns

Attorney for Plaintiffs
CLARK SULLIVAN,
ADAM BREDENBERG,
and BENJAMIN ROYER

Dated: May 6, 2019

BERKELEY CITY ATTORNEY'S OFFICE

By: __/s/ Lynne S. Bourgault__
　　Lynne S. Bourgault

Attorneys for Defendant
CITY OF BERKELEY