1  DAN SIEGEL, SBN 56400
   EMILYROSE JOHNS, SBN 294319
2  SIEGEL, YEE, BRUNNER & MEHTA
3  475 14th Street, Suite 500
   Oakland, California 94612
4  Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
5
   Attorneys for Plaintiffs
6  CLARK SULLIVAN,
   ADAM BREDENBERG,
7  and BENJAMIN ROYER
8
   FARIMAH BROWN, City Attorney, SBN 201227
9  LYNNE S. BOURGAULT, Deputy City Attorney, SBN 180416
   BERKELEY CITY ATTORNEY'S OFFICE
10 2180 Milvia Street, Fourth Floor
   Berkeley, CA 94704
11 Telephone: (510) 981-6998
12 Facsimile: (510) 981-6960
   lbourgault@cityofberkeley.info
13
   Attorneys for Defendant
14 CITY OF BERKELEY

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK SULLIVAN, ADAM BREDENBERG, and BENJAMIN ROYER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF BERKELEY,<br><br>Defendant. | Case No. 3:17-cv-06051-WHA<br><br>**PLAINTIFFS' PROPOSED CASE SUMMARY TO BE READ TO THE JURY**<br><br>Trial Date: May 20, 2019 |

Plaintiffs Clark Sullivan, Adam Bredenberg, and Benjamin Royer have brought this lawsuit seeking damages against defendant City of Berkeley. Mr. Sullivan, Mr. Bredenberg, and Mr. Royer are members of the group "First They Came for the Homeless," an organization of homeless people that advocates for affordable housing, better services, and protections for homeless people in the City of Berkeley.

In order to call attention to what they believed to be harsh treatment by the Berkeley Police Department as well as the City's failure to provide housing, services, and safe places for homeless encampments in Berkeley, plaintiffs and others organized protests in late 2016 and early 2017. They set up encampments in prominent locations in Berkeley, attended and spoke about homeless issues at Berkeley City Council meetings, erected signs, and publicized their grievances in the media. They demanded that Berkeley increase the number of affordable housing units available to homeless people, set aside safe and convenient places for homeless encampments and provide those encampments with toilets, hand washing and shower facilities, garbage collection, and police protection, and provide counseling services for people with mental problems or addictions.

The plaintiffs allege that Berkeley police and other officials retaliated against them for their protest activities. Specifically, plaintiffs assert that their encampments were targeted for displacement more than a dozen times during a three-month period from October through December 2016 while Berkeley police ignored the other 40 to 50 homeless encampments in the City. Plaintiffs also allege that Berkeley police sometimes destroyed or threw away their belongings when their encampments were evicted.

The City of Berkeley denies all of plaintiffs' accusations. The City denies that plaintiffs' encampments were targeted and asserts that they were removed only because they were placed in locations that created dangers for members of the public and the homeless people themselves. Berkeley also asserts that it followed reasonable policies in dealing with the property of homeless people by giving them reasonable notice and opportunities to remove it when encampments were evicted and stored property left behind so that it could be located and claimed by members of the homeless encampments.

Dated: May 18, 2019

SIEGEL, YEE, BRUNNER & MEHTA

By: _Dan Siegel_____
    Dan Siegel

Attorney for Plaintiffs
CLARK SULLIVAN,
ADAM BREDENBERG,
and BENJAMIN ROYER