IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARK SULLIVAN, ADAM
BREDENBERG, and BENJAMIN ROYER,

    Plaintiffs,

  v.

CITY OF BERKELEY,

    Defendant.

No. C 17-06051 WHA

**JUDGMENT**

**FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant City of Berkeley and against plaintiffs. The Clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: May 24, 2019.

                    WILLIAM ALSUP
                    UNITED STATES DISTRICT JUDGE