UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-06051-WHA
Case Name: Sullivan et al v. Bay Area Rapid Transit

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: William Alsup | PLAINTIFF ATTORNEY: Dan Siegel, EmilyRose Johns, Anne Weills | DEFENSE ATTORNEY: Lynne Bourgault, Farimah Brown |
|---|---|---|
| TRIAL DATE: May 23, 2019 | REPORTER(S): Debra Pas, Ana Dub | CLERK: Theresa Hoang |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | ADM | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 7:31 AM |  |  | Court convenes. All parties present. Court and counsel meet to discuss matters outside presence of jury |  |
|  |  | 7:39 AM |  |  | Jury present. Witness John Hurtado retakes the stand. Continue direct examination by Lynne Bourgault | DEF |
|  |  | 7:48 AM |  |  | Cross-examination of Mr. Hurtado by Dan Siegel | PLA |
| 34 |  |  | X |  | Photograph | PLA |
| **39** |  |  | **X** | **X** | **Photograph** | **PLA** |
| **40** |  |  | **X** | **X** | **Photograph** | **PLA** |
| **41** |  |  | **X** | **X** | **Photograph** | **PLA** |
| **42** |  |  | **X** | **X** | **Photograph** | **PLA** |
| **43** |  |  | **X** | **X** | **Photograph** | **PLA** |
| **44** |  |  | **X** | **X** | **Photograph** | **PLA** |
| **48** |  |  | **X** | **X** | **Photograph** | **PLA** |
| **49** |  |  | **X** | **X** | **Photograph** | **PLA** |
| **83** |  |  | **X** | **X** | **Photograph** | **PLA** |
| 1 |  |  | X |  | Public Notice 10/6/2019 | PLA |
|  |  | 8:11 AM |  |  | Witness John Hurtado thanked and excused. Defense calls witness Lieutenant Kevin Schofield to the stand; sworn. Direct examination by Lynne Bourgault | DEF |
|  | **13** |  | **X** | **X** | **Public Notice 1/31/2017** | **DEF** |
|  | **16** |  | **X** | **X** | **Public Notice 1/26/2017** | **DEF** |
|  |  | 8:20 AM |  |  | Cross-examination of Lieutenant Schofield by Dan Siegel | PLA |
| **81** |  |  | **X** | **X** | **Operations Plan** | **PLA** |
|  |  | 8:28 AM |  |  | Re-direct examination of Lieutenant Schofield by Lynne Bourgault | DEF |
|  |  | 8:29 AM |  |  | Witness Lieutenant Kevin Schofield thanked and excused |  |

1

Case No: 17-cv-06051-WHA
Case Name: Sullivan et al v. Bay Area Rapid Transit
Date: May 23, 2019
Courtroom Deputy: Theresa Hoang         - Court Reporter:      Debra Pas, Ana Dub

# EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | ADM | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 8:30 AM | | | Jury excused for recess. Court and counsel discuss matters outside presence of jury | |
| | | 8:31 AM | | | Recess | |
| | | 8:45 AM | | | Court reconvenes. All parties and jury present. Defense calls witness Hauwa Eve Ahmed to the stand; sworn. Direct examination by Lynne Bourgault | DEF |
| | | 8:58 AM | | | Cross-examination of Ms. Ahmed by Dan Siegel | PLA |
| | | 9:03 AM | | | Witness Hauwa Eve Ahmed thanked and excused. Stipulated testimony of Jim Hynes read to jury by Dan Siegel | PLA |
| **1-15** | | | X | X | **Public Notices** | **PLA** |
| **51-52** | | | X | X | **Public Notices** | **PLA** |
| **115-118** | | | X | X | **Public Notices** | **PLA** |
| | | 9:13 AM | | | Jury instructions presented to the jury | |
| | | 9:22 AM | | | Recess | |
| | | 9:54 AM | | | All parties and jury present. Closing argument by Dan Siegel | PLA |
| | | 10:42 AM | | | Closing argument by Lynne Bourgault | DEF |
| | | 11:18 AM | | | Jury excused for recess. Court and counsel discuss matters outside presence of jury | |
| | | 11:20 AM | | | Recess | |
| | | 11:36 AM | | | Court reconvenes. All parties and jury present. Closing rebuttal by Dan Siegel | PLA |
| | | 11:47 AM | | | Final instructions given to the jury by the Court | |
| | | 12:05 PM | | | Jury retires to jury room for deliberations | |
| | | 1:12 PM | | | Deliberations are suspended; court adjourns. Jurors to return **Friday, 5/24/2019 at 7:45 AM for further deliberations** | |